UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL CASE NO. 24-30-DLB-EBA

JOHN FRANCIS, ET AL.                                                                           PLAINTIFFS

v.                                          ORDER

JAMES DAVID GREEN, ET AL.                                                             DEFENDANTS

\* \* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the Defendants James David Green, Justin Newsome, Boone Collins, Robert Grim and Alan Dube's Motion for Screening Pursuant to the Prison Litigation Reform Act (Doc. # 6). The motion was referred to Magistrate Judge Atkins for Report and Recommendation pursuant to 28 U.S.C. 636(b)(1) (Doc. # 4). Magistrate Judge Atkins conducted a preliminary review of the Complaint and recommends that all claims alleged against the Defendants in their official capacities be dismissed (Doc. # 16). No objections have been filed and the time for doing so has passed.

The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **HEREBY ORDERS** as follows:

(1)   Defendants James David Green, Justin Newsome, Boone Collins, Robert Grim and Alan Dube's Motion for Screening Pursuant to the Prison Litigation Reform Act (Doc. # 6) is **GRANTED**;

(2)   The Magistrate Judge's R&R (Doc. # 16) is hereby **ADOPTED** as the Opinion of the Court;

1

(3) Plaintiffs' Eighth Amendment claims against Dube, Grim, Collins, and Newsome in their official capacities based on allegations that they used excessive force against Plaintiffs are **DISMISSED WITH PREJUDICE**;

(4) Plaintiffs' Eighth Amendment claim against Green in his official capacity based on allegations that he authorized, approved, or knowingly acquiesced in the Defendant officers' conduct are **DISMISSED WITH PREJUDICE**;

(5) Plaintiffs' tort claims against Dube, Grim, Collins, and Newsome in their official capacities are **DISMISSED WITH PREJUDICE**; and

(6) Defendants shall Answer or otherwise respond to the Complaint within **TWENTY (20) DAYS** of entry of this Order.

This 10th day of September 2024.

Signed By:
David L. Bunning
United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-30 Order Adopting R&R Screening.docx